# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**964**

**CA 13-01921**

PRESENT: SMITH, J.P., FAHEY, LINDLEY, VALENTINO, AND DEJOSEPH, JJ.

---

SUSAN L. BOTTICELLI, PLAINTIFF-APPELLANT,

V                                                                    ORDER

GARY A. BOTTICELLI, DEFENDANT-RESPONDENT.

---

LABIN & BUFFOMANTE, WILLIAMSVILLE (CLAYTON J. LENHARDT OF COUNSEL), FOR PLAINTIFF-APPELLANT.

ROBERT S. STEPHENSON, BUFFALO, FOR DEFENDANT-RESPONDENT.

---

Appeal from a judgment of the Supreme Court, Erie County (Frederick J. Marshall, J.), entered January 18, 2013 in a divorce action. The judgment, inter alia, equitably distributed the assets of the parties.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties and filed on September 10, 2014,

It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.

Entered:  September 26, 2014                          Frances E. Cafarell
                                                      Clerk of the Court